UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WASSERMAN,

                    Plaintiff,

          -v-

SEER INTEL HOLDINGS, INC. ET AL,

                    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2026
```

**ORDER**

26-CV-1736 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Parties are directed to file a joint status report by **August 17, 2026**.

**SO ORDERED.**

Dated: June 16, 2026
          New York, New York

Henry J. Ricardo
United States Magistrate Judge

1