USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WASSERMAN,

Plaintiff,

-v-

SEER INTEL HOLDINGS, INC. ET AL,

Defendants.

**ORDER**

26-CV-1736 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion requesting to adjourn the case management conference scheduled for July 21, 2026. ECF No. 25. The Letter Motion is **GRANTED**. The conference is adjourned to **August 5, 2026** at **3:00 p.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 620 083 37#).

The parties are reminded to submit a proposed discovery plan by email to RicardoNYSDChambers@nysd.uscourts.gov no later than **two business days** before the initial case management conference.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 25 as **GRANTED**.

**SO ORDERED.**

Dated: July 13, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge