USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 8/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WASSERMAN,

Plaintiff,

-v-

SEER INTEL HOLDINGS, INC. ET AL,

Defendants.

**ORDER**

26-CV-1736 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated June 16, 2026, the Parties were directed to file a joint status report by August 17, 2026. ECF No. 22. To date, no such report has been received. The deadline is extended *sua sponte* to **August 24, 2026**.

**SO ORDERED.**

Dated: August 18, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge