USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WASSERMAN,

Plaintiff,

-v-

SEER INTEL HOLDINGS, INC. ET AL,

Defendants.

**ORDER**

26-CV-1736 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' joint status report. ECF No. 30. Based on the deadline set in the case management plan, ECF No. 28, the next joint status report is due by **November 3, 2026**.

**SO ORDERED.**

Dated: August 21, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge